■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CRUZ, Also Known as JOHN GONZALEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Cooperman, J.), rendered March 25, 1982, convicting him of burglary in the first degree and robbery in the first degree (three counts), upon a jury verdict, and imposing sentence.

Judgment affirmed.

The defendant's contention that a police officer gave improper bolstering testimony is not preserved for our review since no objection was raised thereto at trial. Furthermore, the record supports the jury's verdict of guilt beyond a reasonable doubt. Lazer, J. P., Bracken, Kooper and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL EARLY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Berkowitz, J.), rendered June 15, 1983, convicting him of robbery in the second degree and criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The defendant's claims relating to the court's charge are not preserved for appellate review and we decline to reach them in the interest of justice. Lazer, J. P., Bracken, Kooper and Spatt, JJ., concur.